# Court of Appeals
# of the State of Georgia

ATLANTA, August 04, 2025

*The Court of Appeals hereby passes the following order*

**A26D0005. JUBRIL AGBE et al v. CITY OF ATLANTA.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

24CV006390



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta, August 04, 2025.

  I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

  Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Christina Cooley Smith*, Clerk.